

2014 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

9-22-2014

# USA v. Henry Freeman

Precedential or Non-Precedential: Precedential

Docket No. 09-2166

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2014

Recommended Citation

"USA v. Henry Freeman" (2014). *2014 Decisions*. Paper 992.
http://digitalcommons.law.villanova.edu/thirdcircuit_2014/992

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2014 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———

No. 09-2166

———

UNITED STATES OF AMERICA

v.

HENRY FREEMAN,
                              Appellant

———

No. 10-4224

———

UNITED STATES OF AMERICA

v.

GELEAN MARK,
                              Appellant

———

On Appeal from the District Court
of the Virgin Islands
(D.C. Criminal No. 3-06-cr-00080-004 and 001)
District Judge:  Honorable Curtis V. Gomez

ORDER AMENDING OPINION

It appears that the footnote number 1 of the opinion as filed did not contain the full text. Accordingly, it is hereby ordered that the opinion issued on August 18, 2014 is amended to correct this error. The full text of footnote number 1 is as follows:

> The indictment also charged Vernon Fagan, Walter Ells, Kelvin Moses, Craig Claxton, Kerry Woods, Glenson Isaac, Everette Mills and Dorian Swan. Claxton and Woods have separately appealed, and those appeals will be separately resolved.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Date: September 22, 2014
cc:

      Delia L. Smith, Esq.
      Dale L. Smith, Esq.
      Nelson L. Jones, Esq.
      Pamela L. Colon, Esq.